**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JONATHON HUTSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Court No. |
| INDIANA HARBOR BELT RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, JONATHON HUTSON, by and through his attorney, George Brugess of COGAN & POWER, P.C., and complaining of the Defendant, INDIANA HARBOR BELT RAILROAD COMPANY, brings this cause of action under the Federal Employers' Liability Act, 45 U.S.C. § 51, *et seq*., and in support thereof, the Plaintiff respectfully states:

1. On January 31, 2024, the Defendant, INDIANA HARBOR BELT RAILROAD COMPANY (hereinafter referred to as "IHB"), was a railroad corporation operating and doing business in the State of Indiana.

2. On January 31, 2024, the Defendant, IHB, was doing business as a common carrier, engaged in interstate commerce by rail in various states of the United States, including the State of Indiana.

3. At the time and place aforesaid, IHB was a railroad employer, engaged in interstate commerce by rail, and was subject to and governed by the Federal Employers' Liability Act, Title 45 U.S.C. §§ 51-60 ("FELA" or "the FELA").

4. On January 31, 2024, the Plaintiff, JONATHON HUTSON, was employed by the IHB as a conductor.

5. Subject matter jurisdiction for Plaintiff's injury claim against his employer, the IHB, exists in this Court under the FELA, which vests jurisdiction in state and federal courts for claims for injuries sustained by railroad employees injured in the scope and course of their employment for a railroad engaged in interstate commerce. 45 U.S.C. § 51; 45 U.S.C. § 56; and 28 U.S.C. § 1331.

6. Venue for this claim exists in the United States District Court for the Northern District of Indiana, Hammond Division, pursuant to 28 U.S.C. § 1391(b).

7. On January 31, 2024, the Plaintiff, JONATHON HUTSON, was engaged in the scope and course of his employment as a conductor for Defendant, IHB, at or near the Defendant's Michigan Avenue Yard located in East Chicago, Indiana, and at a nearby industry lead track, commonly known as the Cast Armor lead.

8. At the aforesaid date and place, JONATHON HUTSON while dismounting a locomotive, was injured due to unsafe ground/ballast condition when the ballast shifted as he stepped down.

9. JONATHON HUTSON reported he sustained an injury on January 31, 2024, while performing his duties for Defendant, IHB.

10. At the aforesaid time and place, the Defendant, IHB, had a continuing, non-delegable duty to exercise ordinary care to furnish Plaintiff with a reasonably safe place to work and reasonably safe conditions in which to work.

11. In violation of its duty, Defendant, INDIANA HARBOR BELT RAILROAD COMPANY, negligently and carelessly failed to provide Plaintiff, JONATHON HUTSON, with a safe place to work, by committing one or more of the following negligent acts or omissions:

a. negligently and carelessly failed to provide Plaintiff with a safe place to work;

b. violated industry safety standards regarding walking/working surfaces;

c. ordered Plaintiff to perform his job duties in an unsafe location due to the unsafe ground conditions in the area where he was ordered by Defendant, IHB, to perform his job duties;

d. assigned and/or ordered Plaintiff to perform work/enter unsafe property of a third party;

e. failed to inspect the premises it assigned Plaintiff to work;

f. failed to construct, inspect, and/or maintain the walkway in a reasonably safe condition so that there was not unsafe ground conditions in a location where its employees would regularly perform their job duties;

g. assigned Plaintiff to perform unsafe work tasks due to the conditions thereupon the property;

h. required Plaintiff to utilize unsafe methods or procedures to perform the work assigned to him due to the presence of the unsafe work conditions; and

i. Was otherwise careless and negligent.

12. As a consequence of one or more of the aforementioned negligent acts and/or omissions of Defendant, IHB, the Plaintiff, JOHNATHON HUTSON, incurred serious and permanent injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish, disfigurement, and disability; as a

further result, Plaintiff, JONATHON HUTSON, has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff, JONATHON HUTSON, has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

WHEREFORE, Plaintiff, JONATHON HUTSON, prays for judgment against Defendant, INDIANA HARBOR BELT RAILROAD COMPANY, for an amount in excess of any jurisdictional limits of this Court, plus the costs of bringing this suit and any other relief this Court deems just.

Respectfully Submitted,

By: */s/ George Brugess*
One of Plaintiff's Attorneys

George Brugess
COGAN & POWER, P.C.
One East Wacker Drive, 38th Floor
Chicago, Illinois 60601
(312) 477-2500
(312) 477-2501 (Fax)
gbrugess@coganpower.com